3

DIANA J. CAVANAUGH SB#148582
Attorney at Law
2801 Concord Blvd.
Concord, CA 94519
(925) 827-9900

Attorney for Debtors
Sheldon Irving Hirsch and
Melanie Meilan Hirsch

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Bk. No. 14-25618-B-13J<br>DC No. DJC-12 |
| Sheldon Irving Hirsch,<br>Melanie Meilan Hirsch, | Motion to (1) Compel BSI Financial Inc. to comply with FRBP 3002.1 and (2) Compel BSI Financial Inc. to file written notification with the Court and/or Chapter 13 Trustee regarding the current status of pre-petition arrears owing |
| | Date: 7/3/2018<br>Time: 1:00 P.M.<br>Place: US Bankruptcy Court, Courtroom 32, 6th floor, 501 I Street, Sacramento, CA 95814<br>Judge: Hon. Christopher D. Jaime |
| Debtors | |

Diana J. Cavanaugh, Esq., on behalf of Sheldon Irving Hirsch and Melanie Meilan Hirsch, Debtors herein, hereby move this Court for (1) an Order requiring BSI Financial Inc. to comply with FRBP 3002.1 and (2) for an Order compelling BSI Financial Inc. to file written notification with the Court and/or Chapter 13 trustee regarding the current status of pre-petition arrears owing BSI Financial Inc.

1

**I. Request that BSI Financial, Inc. comply with FRBP 3002.1**

1. BSI Financial, Inc. is the holder of the first deed of trust owing on debtor wife's real property located at 8149 Glen Alta Way, Citrus Heights, CA 95610.

2. By the terms of the confirmed Chapter 13 plan, the Chapter 13 Trustee has sent monthly adequate protection disbursements to BSI Financial, Inc. in the amount of $1,735.00 per month. Also, the Chapter 13 trustee has been making disbursements on the mortgage arrears of this creditor, the most recent disbursement being $212.82 on April 30, 2018.

3. Debtor wife's request to modify this loan was denied. Consequently, Debtors shall shortly file a motion to modify their Chapter 13 plan and include this claim in Class 1 of the plan.

4. It is necessary that BSI Financial Inc. file a Notice of Mortgage Payment Change with the court so that the Chapter 13 trustee can accurately disburse funds to this creditor going forward.

**II. Request that BSI Financial, Inc. file written notification with the Court and/or Chapter 13 Trustee regarding the current status of mortgage arrears owing BSI Financial Inc.**

1. The mortgage arrears claim filed by Citimortgage, Inc. (the predecessor of BSI Financial, Inc.) was filed in the amount of $63,770.33.

2. According to the records of the Chapter 13 trustee, the balance owing on this claim is $49,850.11.

3. The pre-petition arrears claim of this creditor is in fact no more than $15,300.74. Per the supporting declaration of debtor Melanie Hirsch, BSI Financial Inc. provided her with a payoff quote on 5/25/2018. This payoff quote indicates that mortgage arrears total $15,300.74. Presumably, this would include the one post-petition mortgage payment that was due on June 1, 2014.

4. The reason for this discrepancy is that the Chapter 13 trustee has been making adequate protection payments to this creditor pursuant to the confirmed plan that have exceeded the regular monthly mortgage payments.

5. BSI Financial, Inc. should be required to file written notification with the court as to the current status of pre-petition arrears owing, so that the Chapter 13 trustee will be able to update his records. This is also needed in order for the Chapter 13 trustee to assess feasibility of debtor's modified chapter 13 plan.

WHEREFORE, the Debtors request (1) an Order requiring BSI Financial Inc. to comply with FRBP 3002.1 and file a Notice of Mortgage Payment Change and (2) an order requiring BSI Financial Inc. to file written notification with the Court and/or Chapter 13 trustee regarding the current status of pre-petition arrears owing BSI Financial Inc.

Date: June 12, 2018

*Diana J. Cavanaugh*
Diana J. Cavanaugh, Esq.
Attorney for Debtors Sheldon Hirsch and Melanie Hirsch