DIANA J. CAVANAUGH SB#148582
Attorney at Law
2801 Concord Blvd.
Concord, CA 94519
(925) 827-9900

Attorney for Debtors
Sheldon Irving Hirsch and
Melanie Meilan Hirsch

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In Re:

Sheldon Irving Hirsch,
Melanie Meilan Hirsch,

Debtors.

Bk. No. 14-25618-B-13J
DC No. DJC-12

Notice of Motion to (1) Compel BSI Financial Inc. to comply with FRBP 3002.1 and (2) Compel BSI Financial Inc. to file written notification with the Court and/or Chapter 13 Trustee regarding the current status of pre-petition arrears owing

Date: 7/3/2018
Time: 1:00PM
Place: US Bankruptcy Court, Courtroom 32, 6th floor, 501 I Street, Sacramento, CA 95814
Judge: Hon. Christopher D. Jaime

Diana J. Cavanaugh, Attorney for the Debtors herein, has filed a Motion to (1) compel BSI Financial, Inc. to comply with FRBP 3002.1 and (2) compel BSI Financial, Inc. to file written notification with the court and/or trustee regarding the current status of the pre-petition mortgage arrears owing. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case. (If you do not have an attorney, you may wish to consult one).

1

In accordance with Local Bankruptcy Rule 9014-1(f)(2)(iii), no party in interest shall be required to file written opposition to the motion. Opposition to the motion, if any, shall be presented at the hearing on the motion. If opposition is presented, or there is other good cause, the Court may continue the hearing to permit the filing of evidence and briefs.

If you or your attorney do not take these steps, the Court may decide that you do not oppose this action and may grant the Motion, in some circumstances without even conducting an actual hearing.

Date: June 12, 2018

*Diana J. Cavanaugh* (signature)
Diana J. Cavanaugh, Esq.
Attorney for Debtors Sheldon Irving Hirsch and Melanie Meilan Hirsch