3
DIANA J. CAVANAUGH SB#148582
Attorney at Law
2801 Concord Blvd.
Concord, CA 94519
(925) 827-9900

Attorney for Debtors
Sheldon Irving Hirsch and
Melanie Meilan Hirsch

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>Sheldon Irving Hirsch,<br>Melanie Meilan Hirsch,<br><br><br><br><br><br><br><br>_____<br>Debtors | Bk. No. 14-25618-B-13J<br>DC No. DJC-12<br><br>Declaration of Debtor Melanie Meilan Hirsch in Support of Motion to (1) Compel BSI Financial Inc. to comply with FRBP 3002.1 and (2) Compel BSI Financial Inc. to file written notification with the Court and/or Chapter 13 Trustee regarding the current status of pre-petition arrears owing<br><br>Date: 7/3/2018<br>Time: 1:00PM<br>Place: US Bankruptcy Court, Courtroom 32, 6th floor, 501 I Street, Sacramento, CA 95814<br>Judge: Hon. Christopher D. Jaime |

I, Melanie Meilan Hirsch, declare as follows:

1. I am one of the debtors in the above-captioned case.

2. The matters as set forth in this declaration are true to the best of my own knowledge; and, if called upon to do so, I could and would competently testify to them.

3.     BSI Financial, Inc. is the holder of the first deed of trust owing on my real property located at 8149 Glen Alta Way, Citrus Heights, CA 95610.

4.     By the terms of the confirmed Chapter 13 plan, the Chapter 13 Trustee has sent monthly adequate protection disbursements to BSI Financial, Inc. in the amount of $1,735.00 per month. Also, the Chapter 13 trustee has been making disbursements on the mortgage arrears of this creditor, the most recent disbursement being $212.82 on April 30, 2018. For much of past four years, the adequate protection payments that this creditor received was in excess of the regular monthly mortgage payment.

5.     I tried multiple times to modify this loan with this creditor and its predecessor, Citimortgage, with no success. We are working with our attorney to prepare a motion to modify our Chapter 13 plan. This modification will provide for the payment in full of the pre-petition arrears.

6.     I request that BSI Financial Inc. file a Notice of Mortgage Payment Change with the court so that the Chapter 13 trustee can accurately disburse funds to this creditor going forward.

7.     I am informed that the Chapter 13 trustee's records show that the unpaid pre-petition arrears owing to BSI Financial Inc. total $49,850.11. This is incorrect. The pre-petition arrears claim of this creditor is in fact no more than $15,300.74. BSI Financial Inc. provided me with a payoff quote on 5/25/2018. A copy of this payoff quote is attached as "Exhibit A." This payoff quote indicates that mortgage arrears total $15,300.74 ($15,484.87 plus $1,303.49, less $1,487.62). And I believe that

total $15,300.74 ($15,484.87 plus $1,303.49, less $1,487.62). And I believe that the pre-petition arrears are actually less, because this payoff quote would include the first post-petition mortgage payment that was due on June 1, 2014. As I recall, the amount of my mortgage payment was $976.43 when we filed this case.

8. The reason for this discrepancy is that the Chapter 13 trustee has been making adequate protection payments to this creditor pursuant to the confirmed plan that have exceeded the regular monthly mortgage payments.

9. BSI Financial, Inc. should be required to file written notification with the court as to the current status of pre-petition arrears owing, so that the Chapter 13 trustee will be able to update his records. He will also need it in order to evaluate our modified chapter 13 plan.

I declare under penalty of perjury under the Laws of the State of California that the foregoing is true and correct and that this declaration was executed on June 12, 2018.

Melanie Meilan Hirsch