

BSI Financial Services
314 S Franklin St. / Second Floor
PO Box 517
Titusville, PA 16354
Toll Free 800-327-7861
Fax 814-217-1366
www.bsifinancial.com

May 25, 2018

ESTATE OF TJIEP LIANG TAN
PO BOX 2541
FAIR OAKS     CA 95628

RE: PAYOFF STATEMENT
MORTGAGE LOAN #: ████78771
PROPERTY ADDRESS: 8149 GLEN ALTA WAY
CITRUS HEIGHTS     CA 95610

Thank you for your inquiry regarding a payoff for this mortgage loan.

The total amount required to pay the loan in full is broken down for you in the payoff calculation below and is good through 06/25/18. Please call us if you have any questions.

If your loan is in default, foreclosure activity, including any sale of the property, will continue until the loan is paid in full.

| | |
|---|---:|
| UNMODIFIED UNPAID PRINCIPAL BALANCE | $84,322.92 |
| DEFERRED AMOUNT, IF APPLICABLE | $ 0.00 |
| ESCROW BALANCE (TAXES AND INSURANCE)* | $15,484.87 |
| PRIVATE MORTGAGE INSURANCE (PMI)** | $ 0.00 |
| INTEREST TO 06/25/18 | $1,303.49 |
| PREPAYMENT PENALTY | $ 0.00 |
| UNPAID LATE CHARGE | $ 0.00 |
| UNAPPLIED FUNDS (CREDIT): | $ 0.00 |
|    Bankruptcy Funds | -$1,487.62 |
| UNPAID FEES | $ 446.55 |
| LIEN RELEASE PREPARATION FEE (PASS-THROUGH BY A THIRD PARTY) | $ 45.00 |
| LIEN RELEASE RECORDING FEE (PAID TO RECORDING OFFICE) | $ 190.00 |
| PAYOFF STATEMENT | $ 0.00 |
| TOTAL AMOUNT TO PAY LOAN IN FULL ON 06/25/18 | $100,305.21 |

*Please note that the escrow balance is subject to change if there are any escrow disbursements after this quote has been generated. Please contact our office at least 24 hours prior to sending any payoff funds toll-free at 1-800-327-7861 to confirm the total payoff amount.

**These figures may not total correctly if the loan has PMI. If this loan has a positive escrow balance and PMI is due prior to the expiration date of this payoff quote, the PMI amount is listed for your reference and PMI payment will be made using the positive escrow funds available. This PMI amount will not be factored into the total amount due to payoff this loan. The PMI amount will only be factored into the total amount due to payoff this loan if there are insufficient funds in the escrow account to pay the PMI installment. The Total Amount to Pay the Loan in Full is the payoff amount listed through the date provided.

Licensed as Servis One, Inc. dba BSI Financial Services
BSI Financial Services NMLS # 38078
Customer Care Hours: Mon. - Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).
If you have filed a bankruptcy petition and there is an 'automatic stay' in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

**EXHIBIT A**



BSI Financial Services
314 S Franklin St. / Second Floor
PO Box 517
Titusville, PA 16354
Toll Free 800-327-7861
Fax 814-217-1366
www.bsifinancial.com

The amount owed may change between the date of this letter and the date that the loan is paid off. The next payment on this loan is due **May 1, 2018**. The scheduled payment is **$2652.77**, which includes a Principal and Interest Payment of **$674.23** and an Escrow Payment of **$1978.54**. Additionally, payoff figures will be adjusted if any check or money order previously received is rejected by the institution upon which it is drawn.

Please submit your payoff via **certified funds or wire transfers** to BSI FINANCIAL SERVICES. CERTIFIED FUNDS OR WIRE TRANSFERS MUST BE RECEIVED BY OUR OFFICE BY 3:30 P.M. (ET) ON A NORMAL BUSINESS DAY (MONDAY THROUGH FRIDAY) TO BE CREDITED THAT DAY. Funds received after 3:30 P.M. (ET) on **06/25/18** will require additional interest of **$15.5178** per day. Mail Certified Funds to:

BSI FINANCIAL SERVICES
314 S. FRANKLIN STREET/P.O. BOX 517
TITUSVILLE, PA 16354
**ATTN: CASHIERING**

Wire instructions are as follows:

Bank: Texas Capital Bank
Beneficiary: BSI Payment in Process Clearing Account
2000 McKinney Ave, Suite 700
Dallas, TX 75201
ABA: 111017979
Account Number: ▓▓▓▓0455
Final Credit To: **Payments/Cashiering**
Reference Information: Loan Number, Borrower Name and Property address

Failure to include the above information on the wire advice may cause a delay in posting the funds. BSI will not be responsible for any additional interest or fees that may be assessed as a result of incomplete or incorrect wire information. Wire transactions that are received and cannot be identified will be returned to the ABA and account number from which they were received. If you have any questions regarding the wire instructions listed here, **contact our office at 1-800-327-7861**.

- ISSUANCE OF THIS STATEMENT DOES NOT SUSPEND YOUR CONTRACTUAL REQUIREMENT TO MAKE THE MORTGAGE PAYMENTS WHEN THEY ARE DUE. A LATE CHARGE OF $.00 WILL BE ADDED TO THE PAYOFF TOTAL IF RECEIVED AFTER THE EXPIRATION OF YOUR GRACE PERIOD.

Licensed as Servis One, Inc. dba BSI Financial Services
BSI Financial Services NMLS # 38078
Customer Care Hours: Mon. - Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).
If you have filed a bankruptcy petition and there is an 'automatic stay' in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.



BSI Financial Services
314 S Franklin St. / Second Floor
PO Box 517
Titusville, PA 16354
Toll Free 800-327-7861
Fax 814-217-1366
www.bsifinancial.com

- THIS LOAN MUST BE KEPT CURRENT WHILE THIS STATEMENT IS PENDING, OR LATE CHARGES WILL BE ASSESSED.

- IF YOUR LOAN IS IN DEFAULT, FORECLOSURE ACTIVITY, INCLUDING ANY SALE OF THE PROPERTY, WILL CONTINUE UNTIL THE LOAN IS FULLY REINSTATED OR PAID IN FULL.

- AFTER THE FUNDS HAVE BEEN APPLIED AND THE LOAN SHOWS PAID IN FULL, A LIEN RELEASE OR FULL RECONVEYANCE WILL BE PREPARED AND SENT TO THE COUNTY RECORDER WHERE THE PROPERTY IS LOCATED.

- BENEFICIARY OF RECORD: U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF BUNGALOW SERIES F TRUST

- REPRESENTATIVE/ASSIGNEE/SERVICING AGENT: Servis One, Inc. d/b/a BSI Financial Services

Sincerely,
BSI Financial Services
Payoff Department
NMLS # 38078; 1195811

This is an attempt to collect a debt. Any information obtained will be used for that purpose.

TG4_T25-07272017_CA07262017

Licensed as Servis One, Inc. dba BSI Financial Services
BSI Financial Services NMLS # 38078
Customer Care Hours: Mon. - Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).
If you have filed a bankruptcy petition and there is an 'automatic stay' in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.