2
DIANA J. CAVANAUGH SB#148582
Attorney at Law
2801 Concord Blvd.
Concord, CA 94519
(925) 827-9900

Attorney for Debtors
Sheldon Irving Hirsch and
Melanie Meilan Hirsch

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In Re:

Sheldon Irving Hirsch,
SSN:xxx-xx-4009
Melanie Meilan Hirsch,
SSN:xxx-xx-6997

Debtors.

Bk. No. 14-25618-B-13J
DC No. DJC-12

Amended Notice of Hearing to Confirm
Debtors' First Modified Chapter 13 Plan

Date: 8/7/2018
Time: 1:00PM
Place: US Bankruptcy Court, Courtroom
32, 6th floor, 501 I Street, Sacramento, CA
95814
Judge: Hon. Christopher D. Jaime

PLEASE TAKE NOTICE that on **8/7/2018** at 1:00PM at the United States Bankruptcy Court, Courtroom 32, 501 I Street, 6th Fl., Sacramento, California, the undersigned will bring on for Hearing this Motion by Debtors to Confirm their First Modified Chapter Plan filed June 26, 2018 before the Honorable Christopher D. Jaime, U.S. Bankruptcy Judge.

Pursuant to Local Rule 9014-1(f)(1), opposition, if any, to the granting of this motion shall be in writing and shall be served and filed with the Clerk not less than fourteen (14) calendar days preceding the date or continued date of the hearing. Opposition, if any, must be served upon the following parties and upon any party requesting special notice hereunder:

Diana J. Cavanaugh, Esq.
Attorney at Law
2801 Concord Blvd.
Concord, CA 94519

Jan P. Johnson
Chapter 13 Trustee
P.O. Box 1708
Sacramento, CA 95812

United States Trustee
501 I Street, Room 7-500
Sacramento, CA 95814

Please take further notice that should a party wishing to oppose the motion fail to comply with the foregoing, failure to do so may result in the Court confirming the plan.

DATED: June 28, 2018

*Diana J. Cav[signature]*
Diana J. Cavanaugh, Esq.
Law Offices of Diana J. Cavanaugh