**Fill in this information to identify the case:**

Debtor 1: Sheldon Irving Hirsch

Debtor 2: Melanie Meilan Hirsch
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of California
(State)

Case number: 14-25618

---

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** US Bank Trust N.A., as trustee of Bungalow Series F Trust

**Court claim no.** (if known): 11

**Last 4 digits** of any number you use to identify the debtor's account: 8771

**Property address:** 8149 Glen Alta Way
Number      Street

Citrus Heights      CA      95610
City                State     ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:      $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 07/01/2019
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:      (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:      + (b) $ _____

c. **Total**. Add lines a and b.      (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:      ___/___/___
MM / DD / YYYY

Debtor 1 　Sheldon Irving Hirsch　　　　　　　　　　　　　　　Case number (*if known*) 14-25618
　　　　　　First Name　　Middle Name　　Last Name

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘ /s/ Kristin A. Zilberstein, Esq.　　　　　　　　　　Date 07/23/2019
　　Signature

Print　　Kristin　　　　A　　　　Zilberstein　　　　Title Authorized Agent
　　　　First Name　　Middle Name　　Last Name

Company　Ghidotti|Berger

**If different from the notice address listed on the proof of claim to which this response applies:**

Address　1920 Old Tustin Ave
　　　　　Number　　　Street

　　　　　Santa Ana,　　　　　　CA　　　92705
　　　　　City　　　　　　　　　　State　　ZIP Code

Contact phone　(949) 427–2010　　　　　　　　Email　kzilberstein@ghidottiberger.co

Kristin A. Zilberstein, Esq. (200041)
GHIDOTTI | BERGER
1920 Old Tustin Ave
Santa Ana, CA 92705
Ph: (949) 427-2010
Fax: (949) 427-2732
kzilberstein@ghidottiberger.com

Attorney for Creditor
US Bank Trust N.A., as trustee of Bungalow Series F Trust

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

(Sacramento)

| | |
|---|---|
| In Re: | CASE NO.: 14-25618 |
| Sheldon Irving Hirsch and | CHAPTER 13 |
| Melanie Meilan Hirsch | **CERTIFICATE OF SERVICE** |
| Debtors. | |

## **CERTIFICATE OF SERVICE**

I am employed in the County of Dallas, State of Texas. I am over the age of eighteen and not a party to the within action. My business address is: 600 E. John Carpenter Fwy, Ste 246, Irving, TX 75062.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On July 23, 2019 I served the following documents described as:

- **RESPONSE TO NOTICE OF FINAL CURE.**

---
1
CERTIFICATE OF SERVICE

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtors** | **Debtor's Counsel** |
|---|---|
| Sheldon Irving Hirsch<br>Melanie Meilan Hirsch<br>8276 Longden Cir.<br>Citrus Heights, CA<br>95610-0836 | Diana J. Cavanaugh<br>2801 Concord Blvd.<br>Concord, CA 94519<br><br>Trustee<br>Jan P. Johnson<br>PO Box 1708<br>Sacramento, CA 95812 |

__xx__ (By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____ Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx__ (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 23, 2019 at Irving, Texas

/*s / Gene Mays*
Gene Mays

2
CERTIFICATE OF SERVICE

3
CERTIFICATE OF SERVICE